IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD ORTOLI, as Administrator CTA of the Estate of Paul-Henri Louis Emile Nargeolet, Deceased<br><br>Plaintiffs,<br><br>vs.<br><br>OCEANGATE INC., THE ESTATE OF R.S. RUSH III, TONY NISSEN, ELECTROIMPACT INC., JANICKI INDUSTRIES, INC., and HYDROSPACE GROUP, INC.<br><br>Defendants. | CIVIL ACTION NO. CaseNumber<br><br>(KING COUNTY SUPERIOR COURT CASE NO. 24-2-17739-6 SEA)<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION TO U.S. DISTRICT COURT** |

TO:        The Clerk of the Court;

AND TO:   Attorneys for Plaintiffs.

PLEASE TAKE NOTICE that Defendant Janicki Industries, Inc. ("Janicki") hereby removes the above-captioned action from the Superior Court of the State of Washington for King County ("King County Superior Court") to this United States District Court for the Western District of Washington, pursuant to 28 U.S.C. §§ 1332 and other applicable law. In support of this Notice of Removal, Janicki states as follows:

NOTICE OF REMOVAL          - 1 -

## I. PROCEDURAL BACKGROUND

1. On or about August 6, 2024, Plaintiffs filed the Complaint in the above-referenced King County Superior Court action.

2. The King County Superior Court case number for this action is 24-2-17739-6 SEA.

3. Attached hereto as **Exhibit A** is a true and correct copy of the operative Complaint. A complete set of the records in the state court proceedings to date will be provided with the Verification of State Court Records, to be filed following this filing.

4. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after the receipt by Janicki, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, and is therefore timely.

5. As of this filing, Janicki has not been properly served.

6. Upon information and belief, as of this filing, no other defendants have been properly served. Accordingly, no other defendants must join in or consent to this removal.

7. Venue lies in the United States District Court for the Western District of Washington pursuant to 28 U.S.C. § 1441 and § 1391(a) because a substantial part of the events or omissions that Plaintiff alleges give rise to the claims occurred in this judicial district, and because the original state court venue of the Complaint is in King County, Washington, which is within this judicial district.

## II. DIVERSITY JURISDICTION

8. This Court has original jurisdiction of this action under 28 U.S.C. § 1332 because it is a civil action between citizens of different states where the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs. Thus, this action is properly removed to this Court pursuant to 28 U.S.C. § 1441.

9. Based on the express allegations in the Complaint, Janicki is informed and reasonably believes that this is a civil action between citizens of different states.

NOTICE OF REMOVAL - 2 -

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820


10. Based on the express allegations in the Complaint, Janicki is informed and reasonably believes that the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

11. As of this filing, Janicki has not been properly served. Upon information and belief, as of this filing, no other defendants have been properly served. Accordingly, removal is permitted notwithstanding the forum-defendant rule, pursuant to 28 U.S.C. § 1441(b)(2).

**III.  REMOVAL**

WHEREFORE the above-captioned state court action numbered King County 24-2-17739-6 SEA is hereby removed to this Court, and Janicki respectfully requests that all further proceedings in this action be conducted in this Court as provided by law.

DATED this 9th day of August, 2024.

DORSEY & WHITNEY LLP

*/s/ Shawn Larsen-Bright*
Shawn Larsen-Bright WSBA #37066
larsen.bright.shawn@dorsey.com
Dorsey & Whitney LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
(206) 903-8800

*Attorneys for Defendant Janicki Industries, Inc.*

NOTICE OF REMOVAL — - 3 -

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused to be served the foregoing on the following counsel of record by the method indicated:

| | |
|---|---|
| Matthew D. Shaffer, WSBA #57271<br>Laura B. De La Cruz, *pro hac vice pending*<br>SCHECHTER, SHAFFER&HARRIS, L.L.P.<br>3200 Travis St., 3rd Floor<br>Houston, Texas 77006<br>Email: Mshaffer@smslegal.com<br>Ldelacruz@smslegal.com | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail<br>☒ Via ECF Notification (if available) |
| TONY BUZBEE<br>*Pro Hac Vice Application Pending*<br>CHRIS LEAVITT<br>*Pro Hac Vice Application Pending*<br>Licensed in Texas<br>DAVID FORTNEY<br>*Pro Hac Vice Application Pending*<br>THE BUZBEE LAW FIRM<br>JP Morgan Chase Tower<br>600 Travis Street, Suite 7500<br>Houston, Texas 77002<br>Tbuzbee@txattorneys.com<br>Cleavitt@txattorneys.com<br>Dfortney@txattorneys.com | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail<br>☒ Via ECF Notification (if available) |

Dated this 9th day of August, 2024.

_____
Molly Price, Legal Assistant

NOTICE OF REMOVAL    - 4 -    **DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820