UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD ORTOLI,<br><br>                                Plaintiff(s),<br>     v.<br><br>OCEANGATE INC et al.,<br><br>                                Defendant(s). | CASE NO.<br>2:24−cv−01223−LK<br><br>MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable Lauren King, United States District Judge. All future documents filed in this case must bear the cause number 2:24−cv−01223−LK and bear the Judge's name in the upper right hand corner of the document.

DATED September 10, 2024

                                              Ravi Subramanian
                                              Clerk of Court

                                              By:  /s/ Stefanie Prather
                                                      Deputy Clerk