THE HONORABLE LAUREN KING

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD ORTOLI, as Administrator CTA of the Estate of Paul-Henri Louis Emile Nargeolet, Deceased<br><br>Plaintiffs,<br><br>vs.<br><br>OCEANGATE INC., THE ESTATE OF R.S. RUSH III, TONY NISSEN, ELECTROIMPACT INC., JANICKI INDUSTRIES, INC., and HYDROSPACE GROUP, INC.<br><br>Defendants. | CIVIL ACTION No. 2:24-cv-01223 LK<br><br>**DECLARATION OF GORDON GARDINER** |

DECLARATION
2:24-cv-01223 LK

- 1 -

DORSEY & WHITNEY LLP
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

4881-6075-3129\1

I, Gordon Gardiner, declare as follows:

1. I am currently employed as the Chief Executive Officer of OceanGate, Inc. ("OceanGate"). I was hired by OceanGate into this role in July 2023, after the Titan accident which occurred on June 18, 2023. I had no prior involvement with OceanGate and I am currently the only employee of OceanGate. In my role, I am familiar with OceanGate personnel and financial records and I base this declaration upon my review of pertinent records. I am over eighteen years of age and competent to testify to the matters set forth herein.

2. I am not aware of any employment agreement between OceanGate and Paul-Henri Louis Emile Nargeolet ("Nargeolet"). Also, Nargeolet does not appear in the OceanGate payroll records and was not issued a W2 or 1099 by OceanGate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of September 2024, at SEATTLE, WASHINGTON

GORDON GARDINER

DECLARATION
2:24-cv-01223 LK

- 2 -

DORSEY & WHITNEY LLP
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

4881-6075-3129\1

# CERTIFICATE OF SERVICE

| | |
|---|---|
| Matthew D. Shaffer, WSBA #57271<br>SCHECHTER, SHAFFER&HARRIS, L.L.P.<br>3200 Travis St., 3rd Floor<br>Houston, TX 77006<br>Mshaffer@smslegal.com | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail<br>☒ Via ECF Notification |
| Christopher W. Nicoll, WSBA #20771<br>Shantrice D. Anderson, WSBA #51733<br>NICOLL BLACK & FEIG PLLC<br>1325 Fourth Avenue, Suite 1650<br>Seattle, Washington 98101<br>cnicoll@nicollblack.com<br>sanderson@nicollblack.com | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail<br>☒ Via ECF Notification |

*Attorneys for Plaintiff*

| | |
|---|---|
| William H. Beaver, WSBA #9205<br>Randall T. Thomsen, WSBA #25310<br>Ariel A. Martinez, WSBA #54869<br>Michelle Buhler, WSBA #16235<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>999 Third Avenue, Suite 4400<br>Seattle, WA 98104<br>bill.beaver@bclplaw.com<br>randall.thomsen@bclplaw.com<br>ariel.martinez@bclplaw.com<br>michelle.buhler@bclplaw.com | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail<br>☒ Via ECF Notification |

*Attorneys for Defendant OceanGate, Inc.*

| | |
|---|---|
| Steve W. Fogg, WSBA No. 23528<br>Kelly H. Sheridan, WSBA No. 44746<br>Mark T. Rutherford, WSBA No. 57519<br>Corr Cronin LLP<br>1015 Second Avenue, Floor 10<br>Seattle, WA 98104-1001<br>sfogg@corrcronin.com<br>ksheridan@corrcronin.com<br>mrutherford@corrcronin.com | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail<br>☒ Via ECF Notification |
| Thomas Lether, WSBA #18089<br>Sam Colito, WSBA #42529<br>Jensen Merrill, WSBA #57180<br>Lether Law Group<br>1848 Westlake Avenue N, Suite 100<br>Seattle, WA 98109<br>tlether@letherlaw.com | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail<br>☒ Via ECF Notification |

DECLARATION
2:24-cv-01223 LK

- 3 -

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

scolito@letherlaw.com
jmerrill@letherlaw.com

**Attorneys for Defendant Electroimpact Inc.**

Robert M. Sulkin, WSBA #15425
Malaika M. Eaton, WSBA #32837
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101
rsulkin@mcnaul.com
meaton@mcnaul.com

☐ Via Messenger
☐ Via Facsimile
☐ Via U.S. Mail
☐ Via Electronic Mail
☒ Via ECF Notification

**Attorneys for Defendant The Estate of R. S. Rush III**

Dated this 30th day of September, 2024.

*/s/ Molly Price*
Molly Price, Legal Assistant

DECLARATION
2:24-cv-01223 LK

- 4 -

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820